# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 29, 2005

*By the Court:*

| | |
|---|---|
| DARWIN SCHMIDT,<br>        Plaintiff-Appellant,<br><br>No. 05-1203                           v.<br><br>MICHELLE EGGERZ,<br>        Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>]<br>] No. 03 C 482<br>]<br>] John C. Shabaz,<br>]       Judge. |

The following is before the court: **MOTION FOR ORDER TO PAY FILING FEES**, filed on March 28, 2005, by the pro se appellant.

In light of this court's order dated March 28, 2005,

**IT IS ORDERED** that the motion is **DENIED** as moot.